UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHASE INSURANCE LIFE COMPANY     CIVIL ACTION

VERSUS     NO. 06-6602

BETTY J. BURTON, ET AL     SECTION "C" (2)

ORDER AND REASONS

This matter comes before the Court on motion to dismiss filed by Chase Insurance Life Company. (Rec. Doc. 19). Having considered the record, the memoranda of counsel and the law, the Court has determined that the motion should be granted. Counsel for Leona Harris promptly advised the Court that his client does not oppose the motion. Counsel for Betty J. Burton advises of late and after considerable delay that his client does not oppose the motion to dismiss, but that an issue exists as to the amount of attorney's fees and costs requested in the motion.

The Court finds that the amount of attorney's fees and costs set forth in the original motion ($5,973.35) is supported and reasonable.

Accordingly,

IT IS ORDERED that the motion to dismiss filed by Chase Insurance Life Company is GRANTED.  (Rec. Doc. 12).

IT IS FURTHER ORDERED that the rule to show cause against counsel for Betty Burton is satisfied.

IT IS FURTHER ORDERED that Chase Insurance Life Company is entitled to attorney's fees of $5,973.35.

New Orleans, Louisiana, this 5th day of April, 2007.

                                              HELEN G. BERRIGAN
                                              UNITED STATES DISTRICT JUDGE